# UNITED STATES BANKRUPTCY COURT
## Central District Of California

**Debtor(s) Name**

**Plaintiff**

Carlos Alejandro Rodriguez

**Defendant**

ONEWEST BANK

**Chapter:** 13

**Case Number:** 2:10–bk–24229–EC

**Adversary Number:** 2:10–ap–01757–EC

For Court Use Only

**FILED**

**July 20, 2010**

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY SES DEPUTY CLERK

# ORDER CLOSING ADVERSARY PROCEEDING

*The complaint filed in the above case has been disposed of and is no longer pending due to either the dismissal of the main case or the entry of a judgment in the Adversary Proceeding. Since it appears that no further matters are required that this adversary proceeding remain open, it is ordered that the adversary proceeding is closed.*

*Dated: 7/20/10*

*By Order of the United States Bankruptcy Court*

**Kathleen J. Campbell**
*Clerk of Court*

6/ SES